IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

   v.

**THE ESTATE OF NANCY M. HANEY;
LARRY HANEY; CAM CREDITS, INC.;
and THE UNKNONW HEIRS, DEVISEES,
SUCCESSORS IN INTEREST AND
CLAIMANTS TO THE ESTATE OF NANCY
M. HANEY, DECEASED,**

        Defendants.

No. 2:15-cv-00344-SU

OPINION AND ORDER

**MOSMAN, J.**,

On June 7, 2016, Magistrate Judge Sullivan issued her Findings and Recommendation (F&R) [26], recommending the Plaintiff's Motion for Default Judgment of Foreclosure should be GRANTED. No objections to the Findings and Recommendation were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation and I ADOPT the F&R [26] as my own opinion.

IT IS SO ORDERED.

DATED this  29   day of June, 2016.

 /s/ Michael W. Mosman 
MICHAEL W. MOSMAN
Chief United States District Judge